## CERTIFICATION OF A SEXUALLY DANGEROUS PERSON

(1) I, William T. Bickart, am Interim Chairperson of the Federal Bureau of Prisons (Bureau) Certification Review Panel, Washington, D.C. Pursuant to 28 C.F.R. § 0.97, the Director of the Bureau has delegated to me the authority to certify persons in Bureau custody as sexually dangerous, as authorized by 18 U.S.C. § 4248(a).

(2) Bureau records reflect the following. Inmate Jeffrey Alan Shields, Register Number 10760-036, is in Bureau custody at the Federal Medical Center, Devens, Massachusetts, in service of a 57 month federal term of imprisonment. Inmate Shields' projected release date is November 9, 2006, via Good Conduct Time release.

(3) Based on a review of inmate Shields' Bureau records, I certify he is a sexually dangerous person as defined by 18 U.S.C. § 4247(a)(5), and sexually dangerous to others as defined by 18 U.S.C. § 4247(a)(6).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____        \_\_11/8/06_____
William T. Bickart                              Date
Interim Chairperson
Certification Review Panel
Federal Bureau of Prisons