ATTORNEY ASSIGNMENT REQUEST

Defendant:   Jeffrey Shields

Case & Defendant Number: 06-MBD-10427-PBS

Date of Appointment: 11/14/06

Appointed by: Saris, D.J.

Attorney Withdrawn: n/a

Date of Withdrawal:

Reason for Withdrawal:

Number of Counts:

Charge(s) and Cite(s):

Indictment:                Information:                Probation Revocation:

Number of Defendants: 1

Judge Code: 0129

Special Instructions:   Appointment of counsel to represent defendant at a civil commitment hearing.  Hearing to be scheduled.  Please have appointed counsel contact Robert Alba at 617-748-9175.

/s/ Robert C. Alba
Deputy Clerk

Date: November 14, 2006

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Shields Attorney Assignment Form II.wpd**

[attyreq.;kattyreq.]