# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                           MISCELLANEOUS CASE
                                   NO. 2006-MC-10427- PBS

JEFFREY SHIELDS,
        Respondent.

## APPOINTMENT OF FEDERAL DEFENDER

COLLINGS, U.S.M.J.

It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of November 27, 2006 to represent said defendant in this cause until further order of the Court.

                                                By the Court,

                                                /s/ Noreen A. Russo
                                                NOREEN A. RUSSO
                                                Deputy Clerk

Date: November 28, 2006