UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10439-PBS |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10449-PBS |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME TO FILE BRIEFS

Now come defendants Jeffrey Shields, Joel Wetmore, and Charles Peavy through counsel and request that this Court allow them an additional 45 days to file briefs raising constitutional challenges to the sexually dangerous person statute, 18 U.S.C. § 4248. The briefs are presently due on March 8, 2007; the defendants request that they be allowed to file the briefs on April 23, 2007. In support of this request counsel state that they require the additional time to prepare the briefs due to very heavy caseloads. If the Court grants this motion, defense counsel and counsel for the government will file an agreed-upon schedule for the government's response, hearing, and completion of discovery, for the Court's approval.

The Assistant United States Attorneys assigned to these cases, Mark Quinlivan and Rayford Farquhar, have no objection to this request.

JEFFREY SHIELDS
JOEL WETMORE
CHARLES PEAVY
By their attorneys,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
William Fick
  B.B.O. #650562
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2007.

    /s/ Page Kelley
    Page Kelley