UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10439-PBS |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10449-PBS |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |

MOTION FOR APPOINTMENT OF CO-COUNSEL

Now come defendants Jeffrey Shields, Joel Wetmore, and Charles Peavy through counsel and request that this Court appoint attorney John Swomley as co-counsel. The defendants so request because Mr. Swomley has substantial experience litigating Sexually Dangerous Person cases in Massachusetts state courts and is on the Criminal Justice Act list. Defendants request that Mr. Swomley be appointed to all three cases, because the cases present very similar issues, and his appointment on all of them will advance the preparation and resolution of the cases.

        JEFFREY SHIELDS
        JOEL WETMORE
        CHARLES PEAVY
        By their attorneys,

        /s/ Page Kelley
        Page Kelley
          B.B.O. #548237
        William Fick
          B.B.O. #650562
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061


CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 27, 2007.

        /s/ Page Kelley
        Page Kelley