UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.: 06-10427 |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.: 06-10439 |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.: 06-10449 |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move to dismiss the commitment proceedings in the above-captioned matters. In support of this motion, defendants assert that the Jimmy Ryce Civil Commitment Program (hereinafter "the Act"), enacted as part of the Adam Walsh Child Protection and Safety Act of 2006[1] and codified at Title 18, Sections 4247 and 4248, is unconstitutional for the following reasons:

I.   The Act exceeds Congress' authority under Article I, Section 8 and is inconsistent with the Tenth Amendment;

II.  The Act denies defendants equal protection of the laws;

---

[1]   42 U.S.C. § 16901, et. seq.

III.  The Act subjects defendants to criminal proceedings without providing required constitutional protections;

IV.   The Act denies defendants due process of law by failing to provide necessary procedural protections;

V.    The Act denies defendants due process of law and illegitimately delegates legislative authority by failing to adequately define key terms; and

VI.   The Act denies defendants due process of law because the expert testimony it requires is insufficiently reliable to provide the clear and convincing evidence needed for commitment as a sexually dangerous person.

_____See attached Memorandum of Law, Affidavit of Daniel Kriegman, Ph.D., and Exhibits 1-12.

Accordingly, the commitment proceedings should be dismissed.

                                      JEFFREY SHIELDS
                                      JOEL WETMORE
                                      CHARLES PEAVY
                                      By their attorneys,


                                      /s/ Page Kelley
                                      Page Kelley
                                          B.B.O. #548237
                                      William Fick
                                          B.B.O. #650562
                                      Judith Mizner
                                          B.B.O. #350160
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061


                                      /s/ John Swomley
                                      John Swomley
                                          B.B.O. #551450
                                      Swomley & Associates
                                      227 Lewis Wharf
                                      Boston, MA 02110
                                      Tel: 617-227-9443

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2007.

                                          /s/ Page Kelley
                                          Page Kelley