```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.:  07-10057 |
| | ) | |
| TODD CARTA | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 06-10449 |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 06-10427 |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 07-10028 |
| | ) | |
| JOHN CHARLES VOLUNGUS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 06-10439 |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |

<u>DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE EXCESS PAGES</u>

The defendants in the above-captioned matters request that this Court accept their previously filed "Memorandum in Support of Defendants' Motion to Dismiss." That Memorandum exceeded the

twenty page length limit established by Local Rule 7.1(B)(4). The extra pages were essential given the number, novelty, and complexity of the issues presented by the defendants' cases. Counsel for the defendants apologize for not filing this Motion simultaneously with the Memorandum.

                                      Respectfully submitted,
                                      TODD CARTA
                                      CHARLES PEAVY
                                      JEFFREY SHIELDS
                                      JOHN CHARLES VOLUNGUS
                                      JOEL WETMORE
                                      By their attorneys,

                                      /s/ Page Kelley
                                      Page Kelley
                                          B.B.O. #548237
                                      William Fick
                                          B.B.O. #650562
                                      Judith Mizner
                                          B.B.O. #350160
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061


                                      /s/ John Swomley
                                      John Swomley
                                          B.B.O. #551450
                                      Swomley & Associates
                                      227 Lewis Wharf
                                      Boston, MA 02110
                                      Tel: 617-227-9443

DATED:  May 23, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2007.

                                          /s/ Page Kelley
                                          Page Kelley