```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

   UNITED STATES OF AMERICA      )
                                 )
              v.                 )    DOCKET NO.: 06-10427
                                 )
   JEFFREY SHIELDS               )
                                 )

   UNITED STATES OF AMERICA      )
                                 )
              v.                 )    DOCKET NO.: 06-10439
                                 )
   JOEL WETMORE                  )
                                 )

   UNITED STATES OF AMERICA      )
                                 )
              v.                 )    DOCKET NO.: 06-10449
                                 )
   CHARLES PEAVY                 )
                                 )
```

**ASSENTED-TO MOTION TO ENLARGE TIME IN WHICH TO FILE REPLY BRIEF**

Defendants, with the assent of the government, respectfully request that the court enlarge the time to file their reply brief by one business day, to be due by the close of business on Monday, July 23, 2007. In support thereof, defendants submit the accompanying affidavit of AFPD Timothy Watkins. The additional time is required in order to complete briefing and editing of defendants' arguments on the numerous and complex issues raised in their motion.

```
                              Respectfully submitted,

                              JEFFREY SHIELDS
                              JOEL WETMORE
                              CHARLES PEAVY
                              By their attorneys,
```

        /s/ Page Kelley  
        Page Kelley  
           B.B.O. #548237  
        William Fick  
           B.B.O. #650562  
        Judith Mizner  
           B.B.O. #350160  
        Federal Defender Office  
        408 Atlantic Avenue, 3rd Floor  
        Boston, MA  02110  
        Tel: 617-223-8061  


        /s/ John Swomley  
        John Swomley  
           B.B.O. #551450  
        Swomley & Associates  
        227 Lewis Wharf  
        Boston, MA 02110  
        Tel: 617-227-9443  

July 20, 2007


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2007.

                /s/ Page Kelley  
                Page Kelley