UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO.: 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |

NOTICE OF APPEARANCE

    Please enter my appearance for Jeffrey Shields, the Respondent in the above-captioned matter.

    Respectfully submitted,

/s/ Judith H. Mizner
Judith H. Mizner
  B.B.O. #350160
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

August 8, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 8, 2007.

/s/ Judith H. Mizner
Judith H. Mizner