UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Federal Medical Center, Devens, MA.**

**YOU ARE COMMANDED** to have the body of Jeffrey Shields* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on <u>October 1, 2007</u>, at <u>3:00 p.m.</u> for the purpose of a Motion Hearing in the case of United States of America V. Jeffrey Shields, MBD Number 06-10427-PBS.   And you are to retain the body of said Jeffrey Shields while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Jeffrey Shields to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 17th day of September, 2007.

* Reg. No. 10760-036


**PATTI B. SARIS**
**United States District Judge**

                                  Sarah Thornton, Clerk

                                  By: <u>/s/ Robert C. Alba</u>
             SEAL                 **Deputy Clerk**