UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10439-PBS |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10449-PBS |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |

JOINT MOTION FOR ADDITIONAL TIME TO FILE
POST-HEARING MEMORANDA

Counsel for defendants Jeffrey Shields, Joel Wetmore, and Charles Peavy and the Assistant United States Attorneys assigned to these cases, Mark Quinlivan and Rayford Farquhar, jointly request that this Court allow both sides an additional week to file their post-hearing memoranda. The memoranda were due, Monday, September 24; counsel ask the Court to permit them to file the memoranda on Monday, October 1.

JEFFREY SHIELDS
JOEL WETMORE
CHARLES PEAVY
By their attorneys,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
William Fick
  B.B.O. #650562
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 25, 2007.

    /s/ Page Kelley
    Page Kelley