UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |

MOTION FOR COURT ORDER FOR PSYCHOLOGICAL EXAMINATION

Now comes defendant Jeffrey Shields through counsel and requests that pursuant to 18 U.S.C. § 4248 (b), this Court order Dr. Joe Plaud, Ph.D., to conduct a psychological examination of the defendant and file a report pursuant to the provisions of section 4247(b) and ( c).

JEFFREY SHIELDS

By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

September 28, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2007.

 /s/ Page Kelley
Page Kelley