UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10439-PBS |
| | ) | |
| JOEL WETMORE | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10449-PBS |
| | ) | |
| CHARLES PEAVY | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Now come defendants Jeffrey Shields, Joel Wetmore, and Charles Peavy through counsel and request that this Court to continue the status conference presently scheduled for Thursday, October 11 at 2:30 to Thursday, October 18 at 9:00 a.m. Counsel so request because they have not received the discovery from the government, but expect to receive it tomorrow, October 11. Counsel request the additional time so that they may review discovery, confer with the clients, and confer with the government before seeking to resolve discovery issues before the Court.

The Assistant United States Attorneys assigned to these cases, Mark Quinlivan and Rayford Farquhar, have no objection to this request.

        JEFFREY SHIELDS
        JOEL WETMORE
        CHARLES PEAVY
        By their attorneys,

        /s/ Page Kelley
        Page Kelley
          B.B.O. #548237
        William Fick
          B.B.O. #650562
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 10, 2007.

        /s/ Page Kelley
        Page Kelley