UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 06-10427-PBS |
| | ) | |
| JEFFREY SHIELDS | ) | |
| | ) | |

ASSENTED-TO MOTION TO EMPANEL ADVISORY JURY

Now comes defendant Jeffrey Shields through counsel and requests that this Court, pursuant to Fed. R. Civ. P. 39( c), empanel an advisory jury to try the issue whether Mr. Shields is a "sexually dangerous person" under 18 U.S.C. § 4248, and to render an advisory opinion.

The Assistant United States Attorney assigned to this case, Mark Quinlivan, has no objection to this request.

JEFFREY SHIELDS

By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 26, 2007.

/s/ Page Kelley
Page Kelley